# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00182-CV

**In re Robert Samaniego**

### ORIGINAL PROCEEDING FROM HAYS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Robert Samaniego, an inmate proceeding pro se, has filed a petition for writ of mandamus, asking this Court to direct the Hays County district clerk and a deputy clerk to file certain documents relating to Samaniego's previously filed application for writ of habeas corpus, which the Court of Criminal Appeals denied in 2012.[1] A court of appeals has no jurisdiction to issue a writ of mandamus against a district clerk's office unless necessary to enforce its jurisdiction, and our jurisdiction is not implicated here.[2] Accordingly, the petition for writ of mandamus is denied.[3]

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Bourland

Filed:   May 8, 2015

_____

[1] *See* Tex. Code Crim. Proc. art. 11.07; *Ex parte Samaniego*, No. WR-76,378-01, 2012 Tex. Crim. App. Unpub. LEXIS 8 (Tex. Crim. App. Jan. 11, 2012) (per curiam order).

[2] *See* Tex. Gov't Code § 22.221(a); *In re Washington*, 7 S.W.3d 181, 182 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding).

[3] *See* Tex. R. App. P. 52.8(a).